IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

TELESHIA ROBINSON,

    Plaintiff,

v.                                                  CASE NO. 1:15-cv-145-MW-GRJ

CARVER GARDENS LLC,

    Defendant.

_____/

## REPORT AND RECOMMENDATION

The Court ordered Plaintiff to file a second amended complaint on or before September 18, 2015. ECF No. 6. Plaintiff did not comply, and the Court ordered Plaintiff to show cause on or before October 13, 2015, as to why this case should not be dismissed for failure to prosecute and failure to comply with an order of the Court. ECF No. 7. As of the date of this Report and Recommendation, Plaintiff has failed to respond to the show cause order and has failed to file a second amended complaint as directed by the Court.

Accordingly, it is respectfully **RECOMMENDED** that this case should be dismissed for failure to prosecute, all pending motions should be terminated, and the case closed.

**IN CHAMBERS,** at Gainesville, Florida, this 16th day of October, 2015.

                                                    *s/ Gary R. Jones*
                                                    GARY R. JONES
                                                    United States Magistrate Judge

**NOTICE TO THE PARTIES**

**Objections to these proposed findings and recommendations must be filed within fourteen (14) days after being served a copy thereof.  Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.  A copy of objections shall be served upon all other parties.  If a party fails to object to the magistrate judge's findings or recommendations as to any particular claim or issue contained in a report and recommendation, that party waives the right to challenge on appeal the district court's order based on the unobjected-to factual and legal conclusions.**  *See* **11th Cir. Rule 3-1; 28 U.S.C. § 636**.