# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA GAINESVILLE DIVISION

**TELESHIA ROBINSON**,

    **Plaintiff,**

v.                                     Case No. 1:15cv145-MW/GRJ

**CARVER GARDENS LLC.,**

    **Defendant.**

_____/

## ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 8. Upon consideration, no objection having been filed by Plaintiff,

IT IS ORDERED:

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "This case is **DISMISSED** for failure to prosecute. All pending motions are terminated." The Clerk shall close the file.

**SO ORDERED on November 17, 2015.**

                                                  s/Mark E. Walker           
                                                **United States District Judge**